UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICKEY O. RENFRO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Case No. 3:19-CV-2804-X (BT) |
| v. | § | |
| | § | |
| NESTLE WATERS, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 8th day of July, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE